IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE BOARD OF REGENTS OF THE §
UNIVERSITY OF TEXAS SYSTEM, §
§
Plaintiff, §
§
v. § CIVIL ACTION NO. 1:17-cv-00985-SS
§
TERRY CARDELL REYNOLDS d/b/a §
LONGHORNVILLE LIMITED, §
§
Defendant. §

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff The Board of Regents of The University of Texas System hereby voluntarily dismisses

the captioned action without prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i). Plaintiff notes that Defendant Terry Cardell Reynolds d/b/a Longhornville

Limited has not served an answer or filed a motion for summary judgment. Thus, dismissal by

notice is proper.

Dated: October 24, 2017          Respectfully submitted,

*/s/ Stephen P. Meleen*
Stephen P. Meleen, Texas Bar No. 00795776
Jered E. Matthysse, Texas Bar No. 24072226
Alexandra H. Bistline, Texas Bar No. 24092137
PIRKEY BARBER PLLC
600 Congress Avenue, Suite 2120
Austin, TX 78701
(512) 322-5200
(512) 322-5201 (facsimile)
smeleen@pirkeybarber.com
jmatthysse@pirkeybarber.com
abistline@pirkeybarber.com

ATTORNEYS FOR PLAINTIFF