**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

17 OCT 27  AM 11: 12

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD _____
                          CLERK

**THE BOARD OF REGENTS OF THE
UNIVERSITY OF TEXAS SYSTEM,
Plaintiff,**

-vs-

**CAUSE NO.:
A-17-CA-00985-SS**

**TERRY CARDELL REYNOLDS,
Defendant.**

**O R D E R**

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#5] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Voluntary Dismissal [#5] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the ___26___ day of October 2017.

_____
UNITED STATES DISTRICT JUDGE